# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8617 | **DATE** | 2/14/2013 |
| **CASE TITLE** | Elizabeth Nowak vs. Barnes & Noble, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Defendant's motion to reassign and consolidate case [13] is granted. 12 C 8633, Winstead v. Barnes and Noble and 12 C 8799, R. Clutts v. Barnes and Noble are hereby consolidated with the lead case 12 C 8617, Nowak v. Barnes and Noble. Consolidated amended complaint to be filed by 3/18/13. Status hearing set for 4/2/13 at 9:30 a.m. for further scheduling. Plaintiff's motion to certify the class [5] is entered and continued to 4/2/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|