**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Elizabeth Nowak, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Lead Case No. 1:12-cv-08617 |
| v. | |
| Barnes & Noble, Inc., | Honorable John W. Darrah |
| Defendant. | |
| Susan Winstead, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 1:12-cv-08633 |
| v. | (consolidated with 1:12-cv-08617) |
| Barnes & Noble, Inc., | |
| Defendant. | |
| J. Honor and R. Clutts, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 1:12-cv-08799 |
| v. | (consolidated with 1:12-cv-08617) |
| Barnes & Noble, Inc., | |
| Defendant. | |

**STIPULATION OF THE PARTIES REGARDING
WITHDRAWAL OF MOTIONS FOR CLASS CERTIFICATION**

WHEREAS, on February 14, 2013, the Court ordered the above actions consolidated.

WHEREAS, a related action, *Dieffenbach v. Barnes & Noble, Inc.*, No. 12-c-5800, remains pending in the United States District Court for the Northern District of California. The Parties expect that the *Dieffenbach* action will be transferred to this Court by stipulation.

WHEREAS, Plaintiffs filed motions for class certification in each of their respective cases (collectively, "Motions for Class Certification") consistent with the Seventh Circuit Court of Appeals' holding in *Damasco v Clearwire Corp.*, 662 F. 3d 891 (7th Cir. 2011).[1]

WHEREAS, the Parties desire to litigate this matter in a reasonable, orderly, and efficient manner.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel of record, as follows:

1. Plaintiffs' pending Motions for Class Certification shall be withdrawn without prejudice to Plaintiffs' right to re-file motions for class certification in the future, consistent with the Court's scheduling order(s).

2. Plaintiffs' filings of the Motions for Class Certification preserve the issue of class certification in this consolidated action and any related actions brought before the Court for all named plaintiffs, proposed representative plaintiffs, and putative class members.

3. No offer of tender or tender by Defendant to any named plaintiff, proposed representative plaintiff, or putative class member shall be construed as mooting or in any way infringing upon such person's ability to pursue certification of this matter as a class action or to act as a representative of the putative class. Defendant expressly waives any argument that any offer of tender or tender by Defendant to any named plaintiff, proposed representative plaintiff,

---

[1] *See Nowak v. Barnes & Noble, Inc.*, No. 12-cv-8617 (N.D. Ill.) [D.E. #5]; *Winstead v. Barnes & Noble, Inc.*, 12-cv-8633 (N.D. Ill.) [D.E. #7]; *J. Honor and R. Clutts v. Barnes & Noble, Inc.*, No. 12-cv-8799 (N.D. Ill.) [D.E. #5].

2

or putative class member moots the ability of such person to serve as a representative plaintiff under *Damasco v Clearwire Corp*. 662 F. 3d 891 (7th Cir. 2011), or in any way impedes the future filing or filings of a motion for class certification in these proceedings.

Dated: February 22, 2013					Respectfully submitted,

							 /s/ Ben Barnow

							Ben Barnow
							Barnow and Associates, P.C.
							One North LaSalle Street, Suite 4600
							Chicago, IL 60602
							Tel: (312) 621-2000
							Fax: (312) 641-5504
							b.barnow@barnowlaw.com


							 /s/ Joseph J. Siprut

							Joseph J. Siprut
							Siprut PC
							17 North State Street
							Suite 1600
							Chicago, IL 60602
							Tel: (312) 236-0000
							Fax: (312) 878-1342
							jsiprut@siprut.com

							*Proposed Plaintiffs' Interim*
							*Co-Lead Counsel*

							Aron D. Robinson
							Law Office of Aron D. Robinson
							20 N. Wacker Drive, Suite 1745
							Chicago, Illinois 60606
							Tel: (312) 857-9050
							Fax: (312) 857-9054
							Adroblaw@aol.com

Adam J. Levitt
Grant & Eisenhofer P.A.
30 North LaSalle Street
Suite 1200
Chicago, IL 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Julie D. Miller
Complex Litigation Group LLC
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
Tel: (847) 433-4500
Fax: (847) 433-2500
Julie@complexlitgroup.com

William A. Baird (not admitted in Illinois, *pro hac vice* application to be filed)
Markun Zusman & Compton LLP
Sunset Blvd., Suite A380
Pacific Palisades, California 90272
Tel: (310) 454-5900
Fax: (310) 454-5970
tbaird@mzclaw.com

*Proposed Plaintiffs' Executive Committee*

  /s/ Kenneth L. Chernof
Kenneth L. Chernof
Hadrian R. Katz
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000
Kenneth.Chernof@aporter.com
Hadrian.Katz@aporter.com

Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300
baugher@sw.com

*Attorneys for Barnes & Noble, Inc.*

**Certificate of Service by Electronic Means**

  The undersigned hereby certifies that the proceeding document was caused to be served electronically this 22nd day of February 2013 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            /s/__Ben Barnow__

            Ben Barnow
            BARNOW AND ASSOCIATES, P.C.
            One North LaSalle Street, Suite 4600
            Chicago, IL 60602
            Tel: (312) 621-2000
            Fax: (312) 641-5504
            b.barnow@barnowlaw.com