**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In Re Barnes and Noble Pin Pad Litigation* | Case No. 12-cv-08617 |
| | Hon. John W. Darrah |
| | Magistrate Judge Schenkier |

## PLAINTIFF ELIZABETH NOWAK'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Nowak hereby gives notice of her Dismissal Without Prejudice of her action against Defendant Barnes & Noble, Inc. The claims of the other named Plaintiffs and the Putative Class remain pending against Barnes & Noble, Inc.


Date: March 26, 2013

Respectfully submitted,

ELIZABETH NOWAK, individually and
on behalf of all others similarly situated

By:_____
    One of the Attorneys for Plaintiff
    And the Proposed Putative Classes

Joseph J. Siprut
*jsiprut@siprut.com*
James M. McClintick
*jmcclintick@siprut.com*
Aleksandra M.S. Vold
*avold@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 26th day of March, 2013, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut