IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re Barnes and Noble Pin Pad Litigation | ) ) ) ) ) ) | Case No: 12 C 8617<br><br>Judge: John W. Darrah |

## ORDER

For the reasons stated in the attached memorandum opinion and order, Barnes & Noble's Motion to Dismiss for lack of standing pursuant to Rule 12(b)(1) is granted [43]. Enter Memorandum Opinion and Order. Plaintiffs have twenty one days from the entry of this order to re-plead if they can do so consistent with Rule 11. Status hearing set for 10/9/13 at 9:30 a.m.

Date: 9/3/13 /s/ Judge John W. Darrah