IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BARNES & NOBLE PIN PAD LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:12-cv-08617<br><br><u>CLASS ACTION</u><br><br>Honorable Andrea Wood |

**<u>BARNES & NOBLE, INC.'s NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendant Barnes & Noble, Inc. respectfully advises the Court of the recent opinion issued on May 27, 2014 in *Veronica Vides, et al. v. Advocate Health & Hospitals Corp., d/b/a Advocate Med. Group.*, Case No. 13-CH-2701, pending in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, which further supports Barnes & Noble's pending motion to dismiss Plaintiffs' Amended Complaint. (Dkt. No. 59). A copy of the opinion is attached as Exhibit A. The *Vides* Court dismissed the complaint for the alleged theft of the plaintiff's private and confidential data with prejudice, citing *Clapper v. Amnesty Int.'l USA,* 133 S. Ct. 1138 (2012) and this Court's prior opinion, among other decisions. (*See* Ex. A at 4-5, 8, 10.)

Dated: May 28, 2014

Kenneth L. Chernof
Hadrian R. Katz
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000

Respectfully submitted,

<u>s/Kristen E. Hudson (ARDC # 6281191)</u>
Attorney for Barnes & Noble, Inc.
Peter V. Baugher (ARDC # 0138282)
Kristen E. Hudson (ARDC # 6281191)
Schopf & Weiss, LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300

## **CERTIFICATE OF SERVICE**

    I, Kristen E. Hudson, an attorney, hereby certify that a true and correct copy of Barnes & Noble, Inc.'s Notice of Supplemental Authority was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 28th day of May, 2014.

                                              /s/Kristen E. Hudson
                                              Kristen E. Hudson