IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BARNES & NOBLE PIN PAD LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:12-cv-08617<br><br>**CLASS ACTION**<br><br>Honorable Andrea Wood |

**BARNES & NOBLE, INC.'s NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Barnes & Noble, Inc. previously advised the Court of the May 27, 2014 opinion issued by the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois in *Veronica Vides, et al. v. Advocate Health & Hospitals Corp., d/b/a Advocate Med. Group.*, Case No. 13-CH-2701 (Dkt. No. 82), which further supports Barnes & Noble's pending motion to dismiss Plaintiffs' Amended Complaint. (Dkt. No. 59). Barnes & Noble advises the Court that the *Vides* opinion, along with a related opinion from Kane County, has been affirmed by the Appellate Court of Illinois, Second District, concluding that the lower case was correctly dismissed for lack of standing. *Maglio v. Advocate Health & Hospitals Corp.*, 2015 IL App (2d) 140782-U (June 2, 2015). A copy of the opinion is attached.

| | |
|---|---|
| Dated: July 1, 2015 | Respectfully submitted,<br><br>s/Peter V. Baugher (ARDC # 0138282)<br>Attorney for Barnes & Noble, Inc. |
| Kenneth L. Chernof<br>Arnold & Porter LLP<br>555 12th Street NW<br>Washington, DC 20004<br>(202) 942-5000 | Peter V. Baugher (ARDC # 0138282)<br>Honigman Miller Schwartz and Cohn LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>(312) 701-9300 |

1

## **CERTIFICATE OF SERVICE**

    I, Peter V. Baugher, an attorney, hereby certify that a true and correct copy of Barnes & Noble, Inc.'s Notice of Supplemental Authority was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 1st day of July, 2015.

                                                          /s/Peter V. Baugher