**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Barnes & Noble Pin Pad Litigation* ) ) ) ) ) ) ) | Case No. 12-cv-8617<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Schenkier |

**PLAINTIFFS' RESPONSE TO BARNES & NOBLE'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Barnes & Noble cites as supplemental authority the recent district court decision in *Community Bank of Trenton v. Schnuck Markets, Inc.*, Case No. 15-cv-01125-MJR (S.D. Ill. May 1, 2017) ("*Schnucks*"). Barnes & Noble posits that *Schnucks* supports its argument that Plaintiffs fail to state a claim for the violation of the Illinois Consumer Fraud Act. *Schnucks* is inapposite because it involved financial institutions asserting claims against Schnucks rather than consumers.

Barnes & Noble has not argued that Illinois has no policy against a retailer's maintenance of inadequate data security. *See* Def.'s Br. 9–10 (ECF No. 137, Nov. 30, 2016) (arguing no injury, no substantial harm, and no deceptive communication). Barnes & Noble improperly attempts to raise a new argument in supplemental authority. *See Siddiqui v. Holder*, 670 F.3d 736, 749 n.6 (7th Cir. 2012) (appellate rule allowing for supplemental authority does not provide a forum for raising new or different arguments).

In any event, the *Schnucks* court did not consider the customer-retailer relationship that exists in this case.[1] Nor does *Schnucks* address Plaintiffs' argument here that Barnes & Noble engaged in unfair trade practices with its customers, as interpreted by the Federal Trade

---

[1] The *Schnucks* consumer case settled on a class basis, and the court granted final approval on January 15, 2015. *McGann v. Schnuck Markets, Inc.*, Cause No. 1322-CC00800 (Mo. Cir. Ct. Jan. 15, 2015).

Commission and federal courts. *See* Pls.' Br. 12 (ECF No. 139 Jan. 6, 2017); 815 Ill. Comp. Stat. 505/2 ("consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act"). Also, *Schnucks* did not address Plaintiffs' argument that Barnes & Noble impliedly communicated deceptive representations in the location, positioning, and functionality of the PIN pads in its stores. *See* Pls.' Br. 12–13.

Date:   May 4, 2017                                     Respectfully submitted,


                                                         *s/* Ben Barnow
                                                         Ben Barnow
                                                         BARNOW AND ASSOCIATES, P.C.
                                                         One North LaSalle Street, Suite 4600
                                                         Chicago, IL 60602
                                                         Tel: (312) 621-2000
                                                         Fax: (312) 641-5504
                                                         b.barnow@barnowlaw.com


                                                         s/ Joseph J. Siprut
                                                         Joseph J. Siprut
                                                         SIPRUT PC
                                                         17 North State Street, Suite 1600
                                                         Chicago, IL 60602
                                                         Tel: (312) 236-0000
                                                         Fax: (312) 878-1342
                                                         jsiprut@siprut.com

                                                         *Plaintiffs' Interim Co-Lead Counsel*

## Certificate of Service by Electronic Means

  The undersigned hereby certifies that the preceding document was caused to be served electronically on May 4, 2017, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                s/ Ben Barnow
                Ben Barnow
                BARNOW AND ASSOCIATES, P.C.
                One North LaSalle Street, Suite 4600
                Chicago, IL 60602
                Tel: (312) 621-2000
                Fax: (312) 641-5504
                b.barnow@barnowlaw.com