IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BARNES & NOBLE PIN PAD LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:12-cv-08617<br><br>**CLASS ACTION**<br><br>Honorable Andrea R. Wood |

## BARNES & NOBLE'S REPLY ON NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Barnes & Noble submits this reply to correct a mis-statement in Plaintiffs' assertion in its most recently filing (Dkt. 147 at 1). Contrary to Plaintiffs' unsupported assertion, Barnes & Noble did not "raise a new argument" in its notice of supplemental authority. Barnes & Noble has consistently argued that Plaintiffs must cite a deceptive communication under the ICFA. See Memorandum in Support of Motion to Dismiss at 10 (Dkt. 137); Reply Memorandum at 8 (Dkt. 140). As Barnes & Noble's submission clearly stated (Dkt. 146), *Schnuck Markets* supports this exact argument when it concludes that plaintiffs in data breach cases cannot evade that requirement by alleging that a data breach demonstrates an "unfair" practice.

Dated: May 5, 2017

Kenneth L. Chernof (ken.chernof@apks.com)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000

Respectfully submitted,

/s/Peter V. Baugher
Attorney for Barnes & Noble, Inc.
Peter V. Baugher (pbaugher@honigman.com)
Honigman Miller Schwartz and Cohn LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300