ILND 450 (Rev. ...) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Elizabeth Nowak, et al.,

Plaintiff(s),

v.

Barnes & Noble, Inc.,

Defendant(s).

Case No.  12 CV 08617
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

     which ☐ includes     pre–judgment interest.
     ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgement entered in favor of Defendant and against Plaintiffs Ray Clutts, Heather Dieffenbach, Jonathan Honor, and Susan Winstead.

---

This action was *(check one)*:

☐ tried by a jury with Judge Andrea R. Wood presiding, and the jury has rendered a verdict.
☐ tried by Judge Andrea R. Wood without a jury and the above decision was reached.
☒ decided by Judge Andrea R. Wood on a motion to dismiss [136].

Date:  6/13/2017          Thomas G. Bruton, Clerk of Court

                                    Enjoli Fletcher, Deputy Clerk