## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

April 11, 2018

Before:   DIANE P. WOOD, Chief Judge
FRANK H. EASTERBROOK, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 17-2408 | HEATHER DIEFFENBACH, et.al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>BARNES & NOBLE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-08617<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood ||

The judgment of the District Court is **VACATED**, and the case is **REMANDED** for proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date. Appellants recover costs.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit