**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Barnes & Noble Pin Pad Litigation* | ) ) ) ) ) ) ) ) | 

Case No. 12-cv-8617

Hon. Andrea R. Wood

Magistrate Judge Schenkier

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to agreement of the Parties, Plaintiff Susan Winstead hereby dismisses this case with prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees, including attorneys' fees. There being no remaining plaintiffs or claims, this consolidated lawsuit can and should now be terminated in its entierety.

WHEREFORE, the Parties request that this Court enter dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated: April 5, 2019

Respectfully submitted,

*/s/* Ben Barnow
Ben Barnow
Erich P. Schork
Jeffrey D. Blake
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle St., Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

Respectfully submitted,

*/s/* Kenneth L. Chernof
Kenneth L. Chernof
Arthur Luk
Allyson Himelfarb
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
kenneth.chernof@arnoldporter.com
arthur.luk@arnoldporter.com
allyson.himelfarb@arnoldporter.com

<div style="columns:2">

John A. Yanchunis
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@forthepeople.com

Todd L. McLawhorn
SIPRUT PC
17 N. State St., Suite 1600
Chicago, IL 60602
Tel: (312) 236-0000
tmclawhorn@siprut.com

Aron D. Robinson
LAW OFFICE OF ARON D. ROBINSON
201 N. Wacker Dr., Suite 1745
Chicago, IL 60606
Tel: (312) 857-9050
adroblaw@aol.com

William A. Baird
MARLIN & SALTZMAN, LLP
29800 Agoura Rd., Suite 210
Agoura Hills, CA 91301
Tel: (818) 991-8080
tbaird@marlinsaltzman.com

*Counsel for Plaintiff*

Emily Newhouse Dillingham
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison St., Suite 4200
Chicago, IL 60602
Tel: (312) 583-2435
Fax: (312) 583-2535

Peter V. Baugher
Baugher Dispute Resolution LLC
130 North Garland Court – Suite 4101
Chicago, IL 60602
Tel: 847) 912-1716
pbaugher@baugherlegal.com

*Counsel for Defendant*

</div>

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

The undersigned hereby certifies that the preceding document was caused to be served electronically this 5th day of April 2019 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ben Barnow

Ben Barnow